```
RECEIVED
UNITED STATES MAG.

2013 JAN 25  AM 10: 52

EASTERN DISTRICT
OF CALIFORNIA
```

FILED
January 25, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:12-CR-00080-GEB-5
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
BRETT TOWNSEND, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRETT TOWNSEND</u>, Case No. <u>2:12-CR-00080-GEB-5</u>, Charge <u>Title 18 USC §§ 1956(h); (a)(1)(A)(i)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__   Release on Personal Recognizance

　　✔   Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

　　　　✔   Unsecured Appearance Bond

　　　　__   Appearance Bond with 10% Deposit

　　　　__   Appearance Bond with Surety

　　　　__   Corporate Surety Bail Bond

　　　　✔   (Other) <u>With pretrial supervision and conditions of release as stated on the record in open court. Defendant shall be released to Pretrial Services at 8:15 a.m. Monday morning.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 25, 2013</u> at <u>10:45</u> am.

By　<u>　Dale A. Drozd　</u>
　　　Dale A. Drozd
　　　United States Magistrate Judge