DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:               (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
BRETT TOWNSEND

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>BRETT TOWNSEND<br><br>           Defendant. | CR.S.  No.  Cr. 2:12-CR-00080 GEB<br><br>**REQUEST FOR AN ORDER [AND PROPOSED ORDER] DIRECTING THE U.S. MARSHALS SERVICE TO PROVIDE TRANSPORTATION TO THE DEFENDANT FROM CALIFORNIA TO PENNSYLVANIA** |

     Mr. Townsend is a resident of Philadelphia, was arrested there, and transported to the Eastern District of California.  He was released on conditions and is supervised by the Pretrial Services Agency.  Mr. Townsend wishes to return home to Philadelphia.  He is indigent and without sufficient financial resources to return to Philadelphia on his own.  I have contacted the U.S. Marshals Service and have confirmed that they are able to pay for transportation for the defendant to return to Philadelphia if they have a Court order directing them to do so.  Therefore, Mr. Townsend requests the court to order the U.S.

1  Marshals Service to provide transportation to Philadelphia because he is indigent and
2  unable to pay for the cost to return to Philadelphia, Pennsylvania on his own.

Respectfully submitted,

Dated:  January 30, 2013                    /s/ David D. Fischer
                                            DAVID D. FISCHER
                                            Attorney for Defendant
                                            BRETT TOWNSEND

**IT IS SO ORDERED**

Dated:  January 31, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE