DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:          (916) 930-6482
E-Mail:       davefischer@yahoo.com

Attorney for Defendant
BRETT TOWNSEND

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>BRETT TOWNSEND,<br><br>           Defendant. | CR.S. No. 2:12-CR-00080 TLN<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ADD A DRUG TESTING CONDITION** |

    Mr. Townsend was released on conditions and is supervised by the Pretrial Services Agency both in California and Pennsylvania. Based on the defendant's admitted use of marijuana, Pretrial Services Officer Steven Sheehan has requested that a drug testing condition be added to Mr. Townsend's conditions of release.

    The parties agree that the following special condition of release be added:

"You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer."

    All previously ordered conditions remain in full force and effect.

Accordingly, the parties ask the Court to adopt this stipulation and add this condition to Townsend's special conditions of release.

Respectfully submitted,

Dated: January 27, 2014 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
BRETT TOWNSEND

Dated: January 27, 2014 /s/ David D. Fischer for
HEIKO P. COPPOLA
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED**

**Dated: January 28, 2014**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE