1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
   Sacramento, CA 95814
4  Telephone:   (916) 447-8600
5  Fax:              (916) 930-6482
   E-Mail:        davefischer@yahoo.com
6
7  Attorney for Defendant
   BRETT TOWNSEND
8

9          **IN THE UNITED STATES OF DISTRICT COURT FOR THE**
10                **EASTERN DISTRICT OF CALIFORNIA**
11

12  UNITED STATES OF AMERICA,
                                          CR.S.  No.  2:12-CR-0080 TLN
13              Plaintiff,
                                          **STIPULATION AND ORDER TO**
14       v.                               **MODIFY CONDITIONS OF**
                                          **PRETRIAL RELEASE TO REMOVE**
15  BRETT TOWNSEND,                       **CONDITION #11 (DRUG TESTING)**
16              Defendant.
17

18

19       Brett Townsend is supervised by the Pretrial Services Agency.
20       Special Condition of Release number 11 requires Mr. Townsend to "submit to drug
21  and/or alcohol testing as approved by the pretrial services officer…"
22       Mr. Townsend has been on pretrial release since 2013, and have never tested
23  positive for the presence of illegal drugs.  He requests that this condition be removed.
24       Neither Pretrial Services Officer Steve Sheehan, nor the Government have any
25  objection to the request.
26       Accordingly, the defense requests that condition number 11 be removed.
27
28                                              Respectfully submitted,

1

Dated:  September 12, 2016                             /s/ David D. Fischer
                                                       DAVID D. FISCHER
                                                       Attorney for Defendant
                                                       BRETT TOWNSEND

Dated:  September 12, 2016                             /s/ David D. Fischer for
                                                       HEIKO COPPOLA
                                                       Assistant United States Attorney
                                                       Counsel for Plaintiff

**IT IS SO ORDERED**

Dated:  September 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE