PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>BRETT TOWNSEND,<br><br>                    Defendant. | CASE NO. 2:12-CR-0080 TLN<br><br>STIPULATION AND ORDER EXCLUDING TIME PURSUANT TO AGREEMENT TO DEFER PROSECUTION |

It is hereby stipulated and agreed between the plaintiff, United States of America, by and through the undersigned counsel and defendant, Brett Townsend, by and through his undersigned counsel of record as follows:

On September 26, 2016, the parties completed a formal agreement to defer prosecution of the indictment against this defendant for a period of twelve months. The agreement is attached hereto as Exhibit A.

The Speedy Trial Act, Title 18, United States Code §3161, at subdivision (h)(2), excludes from computation of the time within which trial must commence "[a}ny period of delay which prosecution is deferred by the attorney for the Government pursuant to a written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

//

The parties agree and jointly request that the Court approve the agreement pursuant to Title 18, United States Code §3161 (h)(2) and Local Code T1, so that time under the Speedy Trial Act may be excluded through September 30, 2017.  The parties further stipulate and request that, in light of the agreement set forth herein, the Court vacate the trial confirmation hearing and jury trial date as to this defendant, presently scheduled for September 29, 2016 and October 31, 2016 respectively, and set a control date of September 21, 2017, at 9:30 a.m.

Dated:  September 26, 2016                    PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ HEIKO P. COPPOLA
                                              HEIKO P. COPPOLA
                                              Assistant United States Attorney


Dated:  September 26, 2016                    /s/ DAVID D. FISCHER
                                              DAVID D. FISHER
                                              Counsel for Defendant
                                              BRETT TOWNSEND


## ORDER

The Court, having received, read and considered the deferred prosecution agreement and the parties' stipulation, hereby approves the deferred prosecution agreement and adopts the parties' stipulation in its entirety as its order.  The Court orders the time from September 30, 2016, up to and including September 30, 2017, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Title 18, United States Code §3161 (h)(2) [prosecution deferred by mutual agreement], and Local Code T1.  It is further ordered that the trial confirmation hearing scheduled for September 29, 2016 and the jury trial scheduled for October 31, 2016 shall be vacated.  A control date is set for September 21, 2017, at 9:30 a.m.

DATED: September 27, 2016

                                              _____
                                              Troy L. Nunley
                                              United States District Judge

STIPULATION AND ORDER EXCLUDING TIME PURSUANT
TO AGREEMENT TO DEFER PROSECUTION                    2



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

Benjamin B. Wagner
*United States Attorney*

| | |
|---|---|
| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax   916/554-2900 |
| | TTD  916/554-2855 |

September 20, 2016

**BY EMAIL DELIVERY**
David D. Fischer

    *Re:*    <u>*United States v. Brett Townsend*</u>
           <u>*2:12-CR-0080 TLN*</u>

Dear Mr. Fischer:

       This letter sets forth the terms of the deferred prosecution agreement between the United States and Brett Townsend in the above-referenced matter as follows:

## DEFERRED PROSECUTION AGREEMENT

       1. On March 1, 2012, the defendant, Brett Townsend, was charged by Indictment with: Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. §§ 19569h) and 1956(a)(1)(A)(i). After an investigation of the offense and the defendant's current health condition, it appears that the interests of the United States, Mr. Townsend's interests, and the interests of justice will be served by the following agreement.

       2. In exchange for the defendant entering into this deferred prosecution agreement, the United States Attorney's Office for the Eastern District of California will move to continue this matter and will defer prosecution against Mr. Townsend on this charge for one year beginning on **September 30, 2016**, provided that Mr. Townsend abides by the conditions and requirements set forth below and agrees to appear in court as directed should she violate any of the conditions. The parties agree time under the Speedy Trial Act should be excluded from the date of this agreement through and including January 25, 2018, pursuant to 18 U.S.C. §3161(h)(2) [prosecution deferred by mutual agreement], Local Code TI.

       3. Should Mr. Townsend violate any of the conditions of this agreement, the United States Attorney's Office has the sole discretion to revoke or modify any conditions of this deferred prosecution agreement. The United States Attorney's Office may at any time within the one year period reinitiate prosecution for this offense and any other offense arising out of conduct occurring within the aforementioned period of offense should the conditions of this agreement be violated. If the United States Attorney's Office decides to revoke, modify, or

U.S. v. Brett Townsend
Deferred Prosecution Agreement
September 20, 2016
Page 2 of 3

prosecute, the defendant will be furnished with notice specifying which conditions of this agreement have been violated.

    4. If Mr. Townsend remains in compliance with all of the terms and conditions of this agreement for one year, beginning on September 30, 2016, and ending on September 30, 2017, the United States Attorney's Office will move to dismiss the indictment against Mr. Townsend, and no other prosecution for the offense charged in this matter will be pursued.

## CONDITIONS

1. Brett Townsend shall not violate any federal, state, or local law.

2. Brett Townsend, through his attorney, shall inform the United States Attorney's Office for the Eastern District of California and the Pre-trial Services Department, within seventy-two hours of being arrested or cited for a violation any federal, state or local law.

3. Brett Townsend, through his attorney, shall notify the United States Attorney's Office for the Eastern District of California and the Pre-trial Services Department ten days prior to any change in residence.

4. Brett Townsend is under continued pretrial supervision in the Eastern District of California and is subject to all of the supervision's terms and conditions until the case is dismissed against him.

## DEFENDANT'S ACKNOWLEDGMENTS AND WAIVERS

    I, Brett Townsend, assert and certify that I am aware that the Sixth Amendment to the United States Constitution provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the court may dismiss an indictment for unnecessary delay in filing an indictment or in bringing a defendant to trial. I am also aware that under the Speedy Trial Act, Title 18, United States Code, Section 3161(c)(1), the court may dismiss an indictment if trial is not commenced within seventy days of the date of filing of the information or the defendant's initial appearance before a judicial officer.

    I hereby request that the United States Attorney's Office for the Eastern District of California defer prosecution of the charge in United States v. Brett Townsend, Case No. 2:12-CR-0080 TLN. I agree and consent that any delay caused by this deferred prosecution shall be deemed necessary delay, and I waive any defense to such prosecution on the ground that such delay operated to deny my rights to a speedy trial under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment of the Constitution, or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this agreement.

U.S. v. Brett Townsend
Deferred Prosecution Agreement
September 20, 2016
Page 3 of 3

I hereby state that I have reviewed this agreement in its entirety and had it explained to me by my attorney. I understand the conditions of my deferred prosecution and agree that I will comply with them. I have considered this Deferred Prosecution Agreement carefully and reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it.

No other promises or inducements have been made to me, other than those contained in this Agreement. In addition, no one has threatened or forced me in any way to enter into this Deferred Prosecution Agreement. Finally, I am satisfied with the representation of my attorney in this case.

DATED: 9-22-16            By: _____
                              BRETT TOWNSEND
                              Defendant

I have read this Deferred Prosecution Agreement and have discussed it fully with my client. The Deferred Prosecution Agreement accurately and completely sets forth the entirety of the agreement. I concur in my client's decision to agree to the terms as set forth in this Deferred Prosecution Agreement.

DATED: 9-22-16            By: _____
                              DAVID D. FISCHER
                              Attorney for Brett Townsend

I accept and agree to this Deferred Prosecution Agreement on behalf of the United States Attorney's Office for the Eastern District of California.

DATED: 9-26-16                PHILLIP A. TALBERT
                              Acting United States Attorney

                          By: _____
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney