PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRETT TOWNSEND,<br><br>　　　　　　Defendant. | CASE NO. 2:12-CR-0080 TLN<br><br>**ORDER RE MOTION TO DISMISS INDICTMENT** |

Pursuant to the motion of the United States, IT IS HEREBY ORDERED that Indictment against Brett Townsend only in the above-entitled case is dismissed without prejudice.

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge

[PROPOSED] ORDER RE MOTION
TO DISMISS INDICTMENT